**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JOHN DOMINICK BRUZZESE,

                Plaintiff,                        23 **CIVIL** 171 (GS)

         -v-                              **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion & Order dated September 30, 2024, Plaintiff's motion for judgment on the pleadings is **GRANTED**, Defendant's cross-motion is **DENIED**, and this case is remanded to the SSA for further proceedings consistent with the opinion; accordingly, the case is closed.

**Dated:**  New York, New York
         September 30, 2024

                                                        **DANIEL ORTIZ**
                                                       **Acting Clerk of Court**

                             **BY:**     *K. Mango*

                                                           **Deputy Clerk**